IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

**CARMEN IRIS PAREDES GUTIERREZ**

Debtor(s)

CASE NO. **21-02590-EAG**

CHAPTER 7

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

    **COMES NOW** creditor **COOP DE A/C ORIENTAL** through its legal representation who respectfully prays:

    1.  That pursuant to the provision of Rule 9010(b) of the Rules of Bankruptcy Procedure the appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceeding through the undersigned counsel whose address is:

**COOP DE A/C ORIENTAL**
C/O JUAN A SANTOS BERRIOS ESQ
PO BOX 9102
HUMACAO PUERTO RICO 00792-9102
TEL.: (787) 285-1001   FAX: (787) 285-8358
E-MAIL: santosberriosbk@gmail.com

    **WHEREFORE,** appearing counsel respectfully requests from this Honorable Court that an Order be entered to notify appearing counsel of all proceedings and all pertinent documents in the above captioned case, and further requests that his name and address be included in the Master Address List.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the US Trustee, Chapter 7 Trustee; and debtor(s)' attorney, and that we have sent copy of this documents through regular mail to debtors to their address of record.

    In Humacao, Puerto Rico this 11th day of September 2021.

SANTOS-BERRIOS LAW OFFICES, LLC
PO BOX 9102
HUMACAO PR 00792-9102
TEL(787)285-1001,FAX 285-8358
EMAIL: santosberriosbk@gmail.com

/S/ **JUAN A SANTOS-BERRIOS ESQ**
    USDC-PR #212506